## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

Trevor Little

05059-088

_____

_____

*(Enter above the full name of the plaintiff or plaintiffs in this action).*

*(Inmate Reg.# of each Plaintiff)*

**VERSUS**

**CIVIL ACTION NO.** 2:08-0113

*(Number to be assigned by Court)*

Monica Schwartz, Philip Wright, Jan Hudson,
Terry Montgomery, Todd Owens McDaniel,
West Virginia's State Police Department
in South Charleston, Steve Harper, David W. Hanson

*(Enter above the full name of the defendant or defendants in this action).*

**FILED**

FEB  9 2008

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

## COMPLAINT

I.   **Previous Lawsuits**

A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

Yes ___✓___     No _____

B.    If your answer to A is yes, describe each lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

  1.    Parties to this previous lawsuit

       Plaintiffs:  Trevor Little

       Defendants:  Warden H.A. Rios, Jr. MS. Chance, Mr. Williams Unknown Priso official

  2.    Court (if federal court, name the district; if state court, name the county):

       United States District Court, Eastern District of Kentucky

  3.    Docket Number:  07-CV-242-GFVT

  4.    Name of judge to whom case was assigned:

       Gregory F. Van Tatenhove

  5.    Disposition (for example: Was the case dismissed? Was it appealed?  Is it still pending?)

       Was dismissed without prejudice; however, it violated Jones v. Bock, 166 LEd.2d 798 (2007) and motion was filed.

  6.    Approximate date of filing lawsuit:  12, 10, 2007

  7.    Approximate date of disposition:  1, 16, 2008

2

II.     **Place of Present Confinement:** United States Penitentiary Big Sandy

A.     Is there a prisoner grievance procedure in this institution?

Yes ✓          No _____

B.     Did you present the facts relating to your complaint in the state prisoner grievance procedure?

Yes _____          No ✓

C.     If your answer is YES:

1.     What steps did you take? _____

_____

2.     What was the result? _____

_____

D.     If your answer is NO, explain why not: Suit against officials in West Virginia. Prison grievance not necessary.

III.    **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A.     Name of Plaintiff: Trevor Little

Address: P.O. Box 2068, Inez, Ky 41224

B.     Additional Plaintiffs and Address: _____

_____

_____

_____

3

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank.  Use item D for the names, positions, and places of employment of any additional defendants.)

C.  Defendant Monica K. Schwartz

is employed as United States Attorneys of Office at

at Department of Justice, Office, Charleston. W.V, 360, Virginia
State East, Charleston. W.V 25302

D.  Additional defendants: Philip Wright (A.U.S.A) U.S. A-office, Hudson, White,
Montgomery and ████ State Trooper of West Virginia Department at
725 Jefferson Road South Charleston West Virginia 25309-1698
Steve Harper, Charleston Police Department, 1206 Virginia St. East
Charleston. W.V 25301, and Todd Owens McDaniel address is with A.U.S. A-office.

## IV.  Statement of Claim

State here as briefly as possible the facts of your case.  Describe how each defendant is involved.  Include also the names of other persons involved, dates and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheet if necessary).

Monica K. Schwartz and Philip Wright brought forth and indictment against Plaintiff base upon an allegely drug test by Todd O. McDaniel while knowing that Fred Zain was corrupt and had trained McDaniel, Hudson, White and Montgomery. Steve Harper used McDaniel while knowing McDaniel never tested the material considered to be cocaine base a.k.a crack. Philip Wright called McDaniel at trial to give false testimony based upon the fact he himself (Wright) was not licensed to practice law in the State

**IV. Statement of Claim (continued):**

of West Virginia and he could not be penalized and/or barred from practicing law at that time since he (Wright) was not license. The West Virginia State Police Department knew their office was still corrupt or should have known McDaniel, Hudson White and Montgomery where skipping tests and falsifying evidence and documentation. David Hanson failed to notice Plaintiff along with others that he was subject to McDaniel's testimony that it is a probability that McDaniel's testimony influenced the jury or judge to render a decision based upon false expert testimony. Steve Harper and Monica Schwartz allow Antony Hairston to lie at trial that he would not get a deal with the State on the State Charge when in fact the charges where dismissed because schwartz and harper had offices fail to pursue to charges so the charges could get dismiss,

**V.     RELIEF**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Plaintiff want Philip Wright & Monica Schwartz to pay him $400,000 per every 5 years he spend in prison and resign. Plaintiff want the West Virginia State Police to pay $2,000,000 US dollars. Plaintiff want the Court to seize and put a lien on all property own by McDaniel, Montgomery, White and Hudson including all vehicles stock stocks bonds, CDs and $100,000 pay to him by each of the Defendants that are or were chemists. Plaintiff want Steve Harper to pay $300,000 cash, plus seize all stocks, bonds, CDs and Houses/Homes. Plaintiff want David W. Hanson to do a new

## V. Relief (continued)

investigator of his case file based upon Todd O. McDaniels false testimony given and fix the record and Presentence Report (P.S.I) as soon as possible ~~____~~ and/or pay Plaintiff $80,000 for every year Plaintiff can prove his Presentence Investigation Report was wrong based upon Hudson, White, McDaniel and Montgomery's false and corrupt actions.

## VII.   Counsel

A. If someone other than a lawyer is assisting you in preparing this case, state the person's name:

_____

B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

Yes _____        No __✓__

If so, state the name(s) and address(es) of each lawyer contacted:

_____

_____

If not, state your reasons: Do not have money. Former Attorney will not represent me at all.

C. Have you previously had a lawyer representing you in a civil action in this court?

Yes _____        No __✓__

If so, state the lawyer's name and address:

_____

_____

Signed this ___14th___ day of ___February___ , 20_08_ .

_Trevor Little_

_____

_____

_____

Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _February 14, 2008_

(Date)

_Trevor Little_

Signature of Movant/Plaintiff

_____

Signature of Attorney
(if any)



INMATE NAME: Trevor Little

REGISTER NUMBER: 05054-088

U.S.P. BIG SANDY
P.O. BOX 2068
INEZ, KY 41224

C/O Clerk of Court

United States District Court
Southern District of West Virginia
Charleston Division
300 Virginia Street East
Charleston, WV 25301